# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMMIANUS POMPILIUS aka Anthony Prentice,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants | Case No.: 2:18-cv-01801-APG-VCF<br><br>**Order Regarding Briefing on Motion for Preliminary Injunction**<br><br>[ECF Nos. 14. 15] |

Plaintiff Ammianus Pompilius filed a motion for an injunction requiring the defendants to serve him a common fare (i.e., kosher) diet. ECF Nos. 14, 15. I hereby order the defendants to file a response to the motion by June 22, 2020. Pompilius may file a reply in support of his motion within 14 days of the defendants' response.

DATED this 8th day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE