AARON D. FORD
  Attorney General
CHARLES D HOPPER (Bar No. 6346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3655 (phone)
(702) 486-3773 (fax)
Email:  CDHopper@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRENTICE, | Case No. 2:18-01801-APG-VCF |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTIONS (ECF NOS. 14, 15)** |
| NEVADA STATE OF, *et al.*, | |
| Defendants. | **ORDER** |

Defendants, James Dzurenda and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Charles D Hopper, Deputy Attorney General, hereby file a Motion for Extension of time to file their Oppositions to Plaintiff's Motion for Preliminary Injunction for Religious Diet (ECF No. 14) and for Religious Practice (ECF No. 15).   In light of the exigent circumstances regarding the State of Nevada's response and directives regarding COVID-19, the Office of the Attorney General's (OAG) response to the directives, along with an unexpected network outage, Defendants respectfully request a 10 day extension to respond to Plaintiff's Emergency Motions for Preliminary Injunctions (ECF Nos. 14 and 15).

/ / /

/ / /

/ / /

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.    RELEVANT BACKGROUND AND FACTS**

3

On November 8, 2019, Plaintiff filed an Emergency Motion for Preliminary Injunction

4

for Religious Diet (ECF No. 14), and an Emergency Motion for Preliminary Injunction

5

Religious Practice (ECF No. 15).

6

On June 8, 2020, the Court entered an Order Regarding Briefing on Motion for

7

Preliminary Injunction, ordering Defendants to file a response to the ECF Nos. 14, 15, by

8

June 22, 2020.  (*See* ECF No. 20.)

9

In light of the administrative obstacles at the Office of the Attorney General

10

(OAG), related to the State guidelines in response to COVID-19, which has affected

11

the effectiveness and responsiveness of communications among the Defendants, and the

12

OAG's ability to efficiently obtain documents and evidence, Defendants request the extension.

13

An additional unexpected complication is an Internet outage affecting some state agencies

14

state-wide.   *See* e-mail dated June 22, 2020 from State of Nevada Enterprise IT Services

15

(indicating fiber optic cable was severed) a copy is attached as Exhibit A.

16

Thus, Defendants respectfully request a ten (10) day extension of time from the current

17

deadline of June 22, 2020, to file responses to Plaintiff's Motions on or before July 2, 2020.[1]

18

**II.    DISCUSSION**

19

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as

20

follows:

21

> When an act may or must be done within a specified time, the court
> may, for good cause, extend the time: (A) with or without motion or
> notice if the court acts, or if a request is made, before the original
> time or its extension expires; or (B) on motion made after the time
> has expired if the party failed to act because of excusable neglect.

22

23

24

25

26

27

---

[1]   The Ninth Circuit's COVID-19 Notice (as of 3/26/20) implies 60 days may be sufficient for brief filing extensions.  The OAG believes 10 days to be sufficient in this case.

28

1    "The district court is given broad discretion in supervising the pretrial phase of
2    litigation…." *Zivkovic v. S. California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (citation
3    omitted).

4          Defendants assert that the requisite good cause is present to warrant the requested
5    extension of time.  Defendants make the instant request in light of the current issues related
6    to COVID-19 including Nevada Governor Sisolak's March 31, 2020 Declaration of Emergency
7    (Directive 010) – 'Stay at Home Order' and the Governor's April 1, 2020 "Stay at Home"
8    directive.  In response, the Office of the Attorney General ("OAG") has directed all AOG
9    employees to comply with the Governor's orders, limit in-office work and to stay at home
10   effective immediately while and until the OAG transitions to alternate, home-based working
11   arrangements.  In light of those directives and due to the difficulties the instant circumstances
12   place on obtaining the necessary supporting documents, including declarations and
13   correspondence between the OAG and Defendants, Defendants respectfully request that the
14   Court extend the current deadline by 10 days, until July 2, 2020.  The deadline to file replies
15   would likewise be extended until July 16, 2010.  Defendants' request for 10 days will not
16   hinder or prejudice Plaintiff's or his case as he alleges to have been a practicing Qayin
17   Thelemite for more than 10 years "since his conversion in 2008."  (ECF No.13 at p. 34 of 55)
18   (Plaintiff's page 32).
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

III.     **CONCLUSION**

For these reasons, Defendants respectfully request a ten (10) day extension to the current deadline to respond to Plaintiff's Emergency Motions for Preliminary Injunctions (ECF Nos. 14, 15).

Proposed Schedule for Dispositive Deadline

Current Response Deadline                    June 22, 2020

Proposed Response Deadline                   July 2, 2020

DATED this 22nd day of June 2020.

AARON D. FORD
Attorney General

By:     /s/ *Charles D. Hopper*
        CHARLES D. HOPPER, Bar No. 6346
        Deputy Attorney General

        *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** 6/23/2020
_____

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 22, 2020, I electronically filed the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTIONS (ECF NOS. 14, 15)**, via this Court's electronic filing system to the following:

Anthony Prentice, #74880
C/o Law Librarian
High Desert State Prison
PO Box 650
Indian Springs, NV 89070
HDSP_lawlibrary@doc.nv.gov

*Plaintiff, Pro Se*

/s/ Caitie Collins
An employee of the Office of the
Nevada Attorney General

# EXHIBIT A

## E-mail dated June 22, 2020 from State of Nevada Enterprise IT Services

# EXHIBIT A

| | |
|---|---|
| **From:** | Sandra L. Geyer |
| **To:** | EveryoneCarson |
| **Cc:** | Melissa K. Mendoza; Jennifer L. Ross |
| **Subject:** | FW: Enterprise IT Services – Notification - Network Issues *Update* |
| **Date:** | Monday, June 22, 2020 2:22:46 PM |
| **Attachments:** | image002.png |
| **Importance:** | High |

Please see the message from EITS.

**From:** Outside Agency List <OUTSIDEAGENCIES@LISTSERV.STATE.NV.US> **On Behalf Of** State Email Admin
**Sent:** Monday, June 22, 2020 1:53 PM
**To:** OUTSIDEAGENCIES@LISTSERV.STATE.NV.US
**Subject:** Enterprise IT Services – Notification - Network Issues *Update*
**Importance:** High

## Enterprise IT Services – Notification - <span style="color:red">Network Issues *Update*</span>

| | |
|---|---|
| **Outage Description** | The fiber cut has been identified and is due to a severed utility power line. Fiber restoration efforts are pending the utility provider restoration to ensure the area is safe to work in. We will continue working on this and will send updates as they are received and needed for this event.<br><br>Thank you for your time and patience |
| **Affected Users** | Everyone State |
| **Audience** | Everyone State |
| **User Action** | N/A |
| **Next Update** | N/A |
| | If you have any questions or problems, please contact the POC below and we can assist you. |
| **Point of Contact** | EITS Help Desk: eitshelp@admin.nv.gov 775-684-4333 |

**Thank you – EITS Help Desk**

**EITS Client Services – Help Desk**
State of Nevada | Department of Administration | Division of Enterprise IT Services
T: (775) 684.4333 | F: (775) 684.4712 | E: EITShelp@admin.nv.gov
**Website:**   http://it.nv.gov/Helpdesks  -- **Request Portal:** https://helpdesk.nv.gov/HEAT



//ace

To unsubscribe from the OUTSIDEAGENCIES list, click the following link:
?
TICKET=NzM3NjI4IFNHZXllckBBRy5OVi5HT1YgT1VUU0lERUFHRU5DSUVTII%2FDRhBVksOR&c=SIGNOFF
