**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMMIANUS POMPILIUS aka Anthony Prentice,<br><br>        Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants | Case No.: 2:18-cv-01801-APG-VCF<br><br>**Order Granting Motion to Extend Time to File Reply**<br><br>(ECF No. 30) |

Plaintiff Ammianus Pompilius's motion for extension of time to file reply **(ECF No. 30) is granted**.  Pompilius's reply in support of his motion for preliminary injunction (ECF No. 15) is due by August 16, 2020.

Dated: July 17, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE