# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMMIANUS POMPILIUS, also known as ANTHONY PRENTICE,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants | Case No.: 2:18-cv-01801-APG-VCF<br><br>**Order Denying Motion for Preliminary Injunction and Motion to Compel**<br><br>[ECF Nos. 54, 55] |

Plaintiff Ammianus Pompilius seeks a preliminary injunction ordering the defendants to provide him with "meaningful access to the law library" at High Desert State Prison. ECF No. 55 at 1. Preliminary injunctive relief is appropriate where "intermediate relief [is] of the same character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945). But a court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *Id.* I deny Pompilius's motion because the relief he seeks is unrelated to the allegations in the second amended complaint (SAC). The SAC relates to his ability to practice his religion. *See* ECF No. 13.

Pompilius also filed a motion to compel the law library supervisor "to perform his duties and copy and return plaintiffs copy requests." ECF No. 54 at 1. He "admits that this motion is now moot" because he has "received the copy work." ECF No. 63 at 3. I deny the motion because it is moot.

I THEREFORE ORDER that plaintiff Ammianus Pompilius's motion for preliminary injunction **(ECF No. 55) is DENIED**.

I FURTHER ORDER that Pompilius's motion to compel the law library supervisor to perform his duties and return Pompilius's copy requests **(ECF No. 54) is DENIED** as moot.

DATED this 13th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE