# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTHONY PRENTICE, | |
| Plaintiff, | 2:18-cv-01801-APG-VCF |
| vs. | **ORDER** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Before the Court is Defendants' Motion to Extend by Thirty Days the Deadline to Respond to Plaintiff's February 8, 2021 Discovery Requests (ECF NO. 66).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

No opposition has been filed and the time to file an opposition has passed. Here, it appears that Plaintiff has consented to the granting of the instant motion.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion to Extend by Thirty Days the Deadline to Respond to Plaintiff's February 8, 2021 Discovery Requests (ECF NO. 66) is GRANTED. The deadline for Defendants to respond to Plaintiff Anthony Prentice's February 8, 2021 discovery requests is extended up to and including May 12, 2021.

DATED this 30th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE