UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMMIANUS POMPILIUS aka Anthony Prentice,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants | Case No.: 2:18-cv-01801-APG-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>(ECF No. 75) |

The defendants' motion for extension of time to respond to the plaintiff's supplemental brief **(ECF No. 75) is GRANTED**. The defendants' response to the plaintiffs' supplemental brief is due by June 11, 2021.

DATED this 28th day of May, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE