1 | AARON D. FORD
   | Attorney General
2 | ALEXANDER J. SMITH (Bar No. 15484)
   | Deputy Attorney General
3 | State of Nevada
   | Office of the Attorney General
4 | 555 East Washington Avenue
   | Suite 3900
5 | Las Vegas, Nevada 89101
   | (702) 486-4070 (phone)
6 | (702) 486-3773 (fax)
   | Email: ajsmith@ag.nv.gov
7 |
  | *Attorneys for Defendants*
8 | *Kim Thomas, Julio Calderin,*
  | *Brian Williams, James Dzurenda,*
9 | *and Harold Wickham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRENTICE, | Case No. 2:18-cv-01801-APG-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Defendants, Kim Thomas, Julio Calderin, Brian Williams, James Dzurenda, Harold Wickham, and Richard Snyder, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Alexander J. Smith, Deputy Attorney General of the State of Nevada, Office of the Attorney General, hereby stipulate under Rule 41(a)(1)(A)(ii), Federal

///
///
///
///
///
///

Rules of Civil Procedure, to dismissal with prejudice of this action, with each party bearing their own attorney's fees and costs.

DATED this 28 day of January, 2022      DATED this 28th day of January, 2022

AARON D. FORD
Attorney General

By: _____      By: /s/ Alexander J. Smith
ANTHONY PRENTICE                              ALEXANDER SMITH (Bar No. 15484)
Plaintiff, *Pro Se*                            Deputy Attorney General
                                               *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2022